# United States Court of Appeals for the Federal Circuit

---

**INGURAN, LLC, DBA STGENETICS,**
*Plaintiff-Appellant*

**v.**

**ABS GLOBAL, INC., GENUS PLC,**
*Defendants-Appellees*

---

2022-1385

---

Appeal from the United States District Court for the Western District of Wisconsin in No. 3:20-cv-00085-wmc, Judge William M. Conley.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED**

FOR THE COURT

July 5, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court